IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOSHUA DANIEL ZIVILI, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:09-CV-0311 |
| RICK THALER, Director, Texas Dep't of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On December 30, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be dismissed as petitioner is ineligible for mandatory supervised release due to his 2005 conviction for aggravated robbery. On January 12, 2010, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _14th_ day of _January_ 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE